373 A.2d 1148

Harad Paint Co., Inc. v. Pennsylvania Manufacturers' Association Insurance Company, Appellant, et al.

Argued June 21, 1976. Francis P. Devine, III, with him White and Williams, for appellant; Howard Wallner, for appellee.

Judgment affirmed.